# Court of Appeals
# of the State of Georgia

ATLANTA,  March 04, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0291. IN THE INTEREST OF H. C. M. et al., CHILDREN (MOTHER).**

On September 12, 2019, the trial court entered an order terminating the mother's parental rights to her two children, H. C. M. and P. C. M. H. The mother filed a motion for reconsideration, which the juvenile court denied. On February 6, 2020, the mother filed this application for discretionary review. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 582 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, the mother filed her application 147 days after entry of the termination order. Although she filed a motion for reconsideration, the denial of a motion for reconsideration is not itself appealable and does not extend the time for filing a notice of appeal or an application for appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Thus, this application is untimely as to the termination order and invalid as to the order denying reconsideration. For these reasons, the application is hereby DISMISSED.

Finally, the mother is informed that a juvenile court may grant an out-of-time application if a parent's appellate due process rights were frustrated by ineffective assistance of counsel. See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d

416) (2016). This determination must be made by the juvenile court in the first instance. Id.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, <u>  03/04/2020         </u>*
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

<u>                                                       </u> *, Clerk.*